# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>RONALD D. WOODS and<br>TAMARA J. WOODS,<br><br>        Debtors.<br>_____<br>ROBERT J. DAVIS, Chapter 7 Bankruptcy Trustee for the Estate of RONALD D. WOODS AND TAMARA J. WOODS,<br><br>        Plaintiff,<br><br>v.<br><br>DOUGLAS FOWLER, Receiver for Imperial Homes, Inc.; IMPERIAL HOMES, INC.; WELLS FARGO BANK WYOMING, N.A., Trustee for the W.R. Revocable Trust; WELLS FARGO FINANCIAL WYOMING, INC.; and WELLS FARGO CORPORATION,<br><br>        Defendants. | Chapter 7<br><br>Case No. 03-3584-SSC<br><br>Adv. No. 04-01211<br><br>ORDER INCORPORATING MEMORANDUM DECISION<br><br>(Opinion to Post) |

        Based upon this Court's Memorandum Decision dated September 5, 2005, which is incorporated herein by reference:

        IT IS ORDERED that the Plaintiff's Motion for Partial Summary Judgment is GRANTED.

        IT IS FURTHER ORDERED that the claim of the Trustee for a preference shall

| | |
|---|---|
| 1 | be dismissed. |
| 2 | |
| 3 | |
| 4 | DATED this 6th day of September, 2005. |
| 5 | |
| 6 | |
| 7 | Honorable Sarah Sharer Curley |
| 8 | U. S. Bankruptcy Judge |
| 9 | BNC TO NOTICE |

*DATED this 6th day of September, 2005.*

/s/ Sarah Sharer Curley

Honorable Sarah Sharer Curley
U. S. Bankruptcy Judge

BNC TO NOTICE